UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **SHELIA VENSES BROOKS,** | ) CASE NO.: **16-72387-JRS** |
| | ) |
| Debtor. | ) |

## APPLICATION FOR COMPENSATION

COMES NOW The Semrad Law Firm, LLC, counsel in the above styled Chapter 13 case, and files this Application for Compensation and respectfully represents the following:

**1.**

Debtor's counsel appeared on Debtor's behalf for a Motion to Dismiss Case for Failure to Make Plan Payments (the "Motion").

**2.**

The Motion was filed on February 3, 2020 and set for hearing on March 10, 2020 (Doc. No. 29). Debtor's counsel appeared on Debtor's behalf and resolved the Motion. A Consent Order denying the Motion was entered on March 16, 2020 (Doc. No. 30).

**3.**

Pursuant to Paragraph 6 of the "Disclosure of Compensation for Attorney for Debtor" and pursuant to Paragraph 4(b) of the Chapter 13 Plan filed on December 15, 2016, The Semrad Law Firm, LLC is entitled to additional compensation, over and above the base fee of $4,362.00, for specific services agreed to by the Debtor and performed on behalf of the Debtor.

**4.**

As a result of the Semrad Law Firm, LLC obtaining favorable results on the Motion to Dismiss Case for Failure to Make Plan Payments, The Semrad Law Firm, LLC is applying for the agreed upon fee of $300.00.

WHEREFORE, The Semrad Law Firm, LLC prays for an order granting its Application as set forth above.

**[signature on the following page]**

Dated: August 17, 2020                             /s/
                                                          M. Chase McCallum
                                                        GA Bar No.: 173048
                                                        The Semrad Law Firm, LLC
                                                        235 Peachtree Street NE
                                                        Suite 300
                                                       Atlanta, Georgia 30303
                                                        (678) 668-7160
                                                        **Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **SHELIA VENSES BROOKS,** | ) CASE NO.: **16-72387-JRS** |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Application for Compensation upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

| | |
|---|---|
| Shelia Venses Brooks | U.S. Trustee |
| 4125 Candler Road, Apt. 1229 | 362 Richard B. Russell Building |
| Decatur, GA 30032 | 75 Ted Turner Drive |
| | Atlanta, GA 30303 |

(*See attached matrix for additional creditors served*)

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF

Dated: August 17, 2020

/s/
M. Chase McCallum
GA Bar No.: 173048
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 16-72387-jrs<br>Northern District of Georgia<br>Atlanta<br>Mon Aug 17 09:16:06 EDT 2020 | Michael Patrick Allain<br>The Semrad Law Firm<br>303 Perimeter Center North #201<br>Atlanta, GA 30346-3425 | Shelia Venses Brooks<br>9204 Fairington Ridge Cir<br>Lithonia, GA 30038-5623 |
| CAP ONE<br>26525 N RIVERWOODS BLVD<br>METTAWA, IL 60045-3440 | CAPITAL ONE<br>P O Box 30253<br>Salt Lake City, UT 84130-0253 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAVALRY PORTFOLIO SERV<br>4050 E COTTON CENTER BLV<br>PHOENIX, AZ 85040-8862 | Department of Justice, Tax Division<br>75 Spring Street SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | EDSOUTH W/JP MORGAN<br>501 Corporate Centre Drive Suite 320<br>Franklin, TN 37067-6422 |
| EXETER FINANCE CORP<br>PO Box 201347<br>c/o Marian Garza<br>Arlington, TX 76006-1347 | Exeter Finance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Exeter Finance Corp.<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service - Atl<br>401 W PEACHTREE ST, NW, RM 1665<br>c/o MARIA HARRIS<br>Atlanta, GA 30308 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Office of the Attorney General-ATL<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |
| Phuc Nguyen<br>5456 Jimmy Carter<br>Ste 250<br>Norcross, GA 30093-1545 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Jonathan A. Proctor<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| RENT RECOVERY SOLUTION<br>2814 SPRING RD SE STE 30<br>ATLANTA, GA 30339-3046 | (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 | STANISCCONTR<br>914 14TH ST POB 480<br>MODESTO, CA 95353-0480 |
| SUNRISE ACCEPTANCE<br>1800 MOUNT VERNON DR NW<br>CLEVELAND, TN 37311-3500 | Special Assistant US Attorney<br>401 W. Peachtree St, NW<br>Atlanta, GA 30308 | US Attorney Office ATL<br>75 Ted Turner Dr SW<br>362  Richard B. Russell<br>Atlanta, GA 30303 |
| WEBBANK/FINGERHUT<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN 56303-0820 | WEBBNK/FHUT<br>Po Box 166<br>Newark, NJ 07101-0166 | WORLD FINANCE CORPORAT<br>5519 EAST 82ND STREET<br>INDIANAPOLIS, IN 46250-4699 |

```
Nancy J. Whaley                              World Acceptance Corporation
Nancy J. Whaley, Standing Ch. 13 Trustee     Attn: Bankruptcy Processing Center
303 Peachtree Center Avenue                  PO Box 6429
Suite 120, Suntrust Garden Plaza             Greenville, SC 29606-6429
Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAPITAL ONE BANK USA N         Georgia Department of Revenue      JEFFERSON CAPITAL SYST
PO BOX 85520                   1800 Century Boulevard             16 MCLELAND RD
RICHMOND, VA 23285             c/o T Truong                       SAINT CLOUD, MN 56303
                               Atlanta, GA 30345


(d)Jefferson Capital Systems LLC   Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
Po Box 7999                        POB 41067                            POB 41067
Saint Cloud Mn 56302-9617          Norfolk VA 23541                     Norfolk, VA 23541



SCANA ENERGY MARKETING         End of Label Matrix
c/o Patricia Lawson            Mailable recipients    31
220 Operation Way, MC C222     Bypassed recipients     0
Caye, SC 29033                 Total                  31
```